UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH I. ZICHERMAN and SHARON K. ZICHERMAN, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 4:05CV1784CDP |
| NATIONAL PASSENGER RAILROAD CORPORATION, et al., | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

In June I held a telephone hearing with former counsel for plaintiffs and with plaintiffs and an attorney who was allowed to represent them for purposes of that hearing, but who did not enter his appearance generally. I granted counsel's motion to withdraw and stayed this case for sixty days so plaintiffs could attempt to find new counsel. I entered an order confirming what I had said in the telephone hearing, including the sixty day deadline for proceeding. Unfortunately, I did not obtain plaintiffs' address and telephone number to enter it on the docket sheet, so the order was not served on plaintiffs. Plaintiffs were aware of my ruling, of course, because I stated it at the hearing. The sixty days expired some time ago and no new counsel has entered an appearance. I need to know whether

plaintiffs wish to proceed pro se, or whether they have retained new counsel.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs shall inform the court, in writing, no later than **December 1, 2006**, whether they wish to represent themselves pro se, or whether new counsel will be entering an appearance for them. If they do not make one of those choices, I will have no alternative but to dismiss the case without prejudice for failure to prosecute.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve this order on former counsel for plaintiffs, Stephen Ringkamp, and also on David L. Zicherman, 41 University Drive, Suite 400, Newtown, PA 18940. Both of those counsel are ordered to send the order to the plaintiffs, and also to provide the court with the plaintiffs' last known address and telephone number so that it can be entered on the docket sheet and plaintiffs can be served directly in the future.

                                                    */s/ Catherine D. Perry*
                                                    CATHERINE D. PERRY
                                                    UNITED STATES DISTRICT JUDGE

Dated this 13th day of November, 2006.