UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH ZICHERMAN and SHARON K. ZICHERMAN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:05CV1784CDP |
| NATIONAL PASSENGER RAILROAD CORPORATION, et al. | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs have once again sent the court a letter requesting another extension of time to find a lawyer to represent them. As I explained previously, plaintiffs are now representing themselves, and they must file papers in proper format. As I explained before, letters to the court are not appropriate, and if plaintiffs seek relief, they should file a motion.

Once again, however, I will excuse plaintiffs' non-compliance with the local rules, and will, once again, extend the case management deadlines in hopes that they will obtain counsel. I remind plaintiffs, however, that they

are the ones who filed this lawsuit, and they must either prosecute the case or dismiss it. I have delayed the case for more than six months while plaintiffs have attempted to obtain substitute counsel, and I cannot delay the case indefinitely.

Plaintiffs again state that they have not yet been able to find a lawyer and that they do not want to represent themselves. Plaintiffs once more demonstrate that they do not recognize their choices: if they want this case to go forward, they must either represent themselves or retain counsel. If they do neither, I will have no choice but to dismiss their case for failure to prosecute.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' request for extension of Case Management Order deadlines [#33] is granted to the following extent:

All deadlines in the Case Management Order are extended by sixty days. The jury trial is reset for **Monday, February 4, 2008 at 9:00 a.m.**.

**IT IS FURTHER ORDERED** that plaintiffs continue to be deemed to

be representing themselves, unless and until an attorney enters an appearance on their behalf.

**IT IS FURTHER ORDERED** that plaintiffs are again reminded that they must comply with the Federal Rules of Civil Procedure and the Local Rules of this Court.

**IT IS FURTHER ORDERED** that no further extensions of the Case Management Order deadlines will be granted.

**IT IS FURTHER ORDERED** that failure to comply with the Case Management Order deadlines, as extended, may be grounds for dismissal of the case.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of February, 2007.